KEVIN V. RYAN
United States Attorney
SUSAN R. JERICH
Assistant U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7158
Facsimile: (415) 436-7234
Email: susan.jerich@usdoj.gov



IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 3-05-70670 |
| Plaintiff, ) | APPLICATION AND ORDER DISMISSING COMPLAINT AS TO OSCAR COLUNGA-GUZMAN |
| v. ) | |
| OSCAR COLUNGA-GUZMAN, ) | Magistrate Judge Bernard Zimmerman |
| Defendant. ) | |

The United States of America, by and through its undersigned counsel, hereby requests that this Court dismiss the Complaint in the above-captioned case only as it applies to Oscar Golunga Guzman. This request is made in the interests of justice.

DATED:   August 31, 2005            Respectfully submitted,

KEVIN V. RYAN
United States Attorney

By _____
W. SUSAN R. JERICH
Assistant U.S. Attorney

1

## **O R D E R**

Upon Application of the United States, IT IS HEREBY ORDERED that the Complaint in the above-captioned matter be dismissed only as to Oscar Colunga Guzman.

DATED: September 1, 2005

~~BERNARD ZIMMERMAN~~ JOSEPH SPERO
U.S. MAGISTRATE JUDGE